**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN TIEBOUT, <u>et al.</u>,** | : | |
| **Plaintiffs** | : | **No. 1:17-cv-00509** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **ROBERT J. SHAW, <u>et al.</u>,** | : | |
| **Defendants** | : | |

<u>**ORDER**</u>

Before the Court is the March 24, 2017 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 7.) No timely objections have been filed. Accordingly, on this 11th day of April 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 7);

2. Plaintiffs' motions for leave to proceed <u>in forma pauperis</u> (Doc. Nos. 2, 6), are **GRANTED**;

3. Plaintiffs' complaint (Doc. No. 1), is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. The Clerk is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

1